# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 16-4120 as

[ ] Retained   [✓] Court-appointed(CJA)   [ ] Court-assigned(non-CJA)   [ ] Federal Defender   [ ] Pro Bono   [ ] Government

COUNSEL FOR: Kevin Smith

_____ as the
(party name)

[✓] appellant(s)   [ ] appellee(s)   [ ] petitioner(s)   [ ] respondent(s)   [ ] amicus curiae   [ ] intervenor(s)   [ ] movant(s)

/s/ James P. McLoughlin, Jr.
(signature)

| James P. McLoughlin, Jr. | 704-331-1054 |
| Name (printed or typed) | Voice Phone |
| Moore & Van Allen PLLC | 704-378-2054 |
| Firm Name (if applicable) | Fax Number |
| 100 North Tryon Street, Suite 4700 | |
| Charlotte, NC 28202-4002 | jimmcloughlin@mvalaw.com |
| Address | E-mail address (print or type) |

## CERTIFICATE OF SERVICE

I certify that on March 17, 2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| Benjamin Bain-Creed (benjamin.bain-creed@usdoj.gov) William Michael Miller (william.miller@usdoj.gov) Office of the United States Attorney Suite 1650 Carillon Building 227 West Trade Street Charlotte, NC 28202 | Kevin Zolot (usancw.appeals@usdoj.gov) Office of the United States Attorney Carillon Building 227 West Trade Street Charlotte, NC 28202 |

/s/ James P. McLoughlin, Jr.                                                          March 17, 2016
Signature                                                                                      Date

01/19/2016  SCC