FILED: August 26, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4120
(3:14-cr-00017-RJC-6)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

KEVIN SMITH

      Defendant - Appellant

_____

O R D E R
_____

Upon consideration of submissions relative to the motion to file a corrected brief, the court grants the motion and accepts the corrected brief for filing.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk